UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STUART WOODS, | ) |
| Plaintiff | ) |
| | ) No. 3:14-0328 |
| v. | ) Judge Nixon/Brown |
| | ) **Jury Demand** |
| PORTFOLIO RECOVERY ASSOCIATES, | ) |
| LLC, and DOES 1-5, | ) |
| Defendants | ) |

**O R D E R**

Plaintiff's counsel called the Magistrate Judge's office to inquire about the initial case management conference set for May 1, 2014 (Docket Entry 12). Presently pending is the Plaintiff's motion for reconsideration of the denial of his motion to proceed *in forma pauperis*. The District Judge has not yet had an opportunity to rule on this motion and accordingly no service of process has been attempted.

The initial case management conference set for May 1, 2014, is **CANCELED**. Plaintiff will be responsible for notifying the Magistrate Judge when service of process is accomplished and requesting a new date for the initial case management conference.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge