IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STUART WOODS, | ) |
| | ) |
| Plaintiff, | ) No. 3:14-cv-00328 |
| | ) |
| v. | ) Judge Nixon |
| | ) Magistrate Judge Brown |
| PORTFOLIO RECOVERY | ) |
| ASSOCIATES, LLC, and DOES 1–5, | ) JURY DEMAND |
| | ) |
| Defendants. | ) |

## ORDER

Pending before the Court is Plaintiff Stuart Woods's Ex Parte Motion for Reconsideration on Motion to Proceed Without Prepaying Fees or Costs ("Motion"). (Doc. No. 11.) Plaintiff requests that the Court, pursuant to Federal Rule of Civil Procedure 60, reconsider a February 6, 2014 order denying Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs. (*Id.*; *see* Doc. No. 8.)

Under Federal Rule of Civil Procedure 60(b), a party may obtain relief from "a final judgment, order, or proceeding" in six enumerated circumstances: (1) "mistake, inadvertence, surprise, or excusable neglect"; (2) "newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b)"; (3) "fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party"; (4) "the judgment is void"; (5) "the judgment has been satisfied, released or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable"; and (6) "any other reason that justifies relief." Plaintiff does not specify what specific grounds he seeks relief under. (*See* Doc. No. 11.)

However, counsel for Plaintiff, Robert Amador, has now clarified for the Court that he seeks only to have the initial filing fee waived for this action and suggests that the Court "order Plaintiff to pay the costs from any recovery obtained." (Doc. No. 11.) Accordingly, the Court, pursuant to Federal Rule of Civil Procedure 60(b)(6), finds that Plaintiff is entitled to relief and **GRANTS** the Motion. The Court **ORDERS** that Plaintiff be **allowed** to proceed *in forma pauperis* in this case. The Clerk of the Court is permitted to file the case. If judgment is entered for the Plaintiff in this action, the Court will recover the filing fee from that judgment prior to the collection of any attorney's fees.

It is so ORDERED.

Entered this the 2ⁿᵈ Day of May, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT