# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| STUART WOODS, | ) |
|     Plaintiff, | ) |
| v. | ) |
| PORTFOLIO RECOVERY ASSOCIATES, L.L.C.; and DOE 1-5, | ) Civil Action No. 3:14-cv-00328 |
|     Defendants. | ) |

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that plaintiff Stuart Woods and defendant Portfolio Recovery Group, L.L.C. have reached a settlement in the above-captioned case. Plaintiff expects the settlement to be consummated by July 10, 2014, at which time Plaintiff expects to file a voluntary dismissal of the entire action.

Date: June 10, 2014

                                                s/Robert Amador
                                                _____
                                                ROBERT AMADOR, ESQ.
                                                Attorney for Plaintiff STUART WOODS
                                                Centennial Law Offices
                                                9452 Telephone Rd. 156
                                                Ventura, CA. 93004
                                                (888)308-1119 ext. 11
                                                R.Amador@centenniallawoffices.com

1

## CERTIFICATE OF SERVICE

I certify that on this date, June 10, 2014, I mailed a copy of the foregoing NOTICE OF

SETTLEMENT, First Class U.S. Mail, to the following party:

Portfolio Recovery Group, L.L.C.
120 Corporate Boulevard
Norfolk, VA 23502

                                           s/Robert Amador
                                           _____
                                           ROBERT AMADOR, ESQ.
                                           Attorney for Plaintiff STUART WOODS
                                           Centennial Law Offices
                                           9452 Telephone Rd. 156
                                           Ventura, CA. 93004
                                           (888)308-1119 ext. 11
                                           R.Amador@centenniallawoffices.com

2

Case 3:14-cv-00328   Document 16   Filed 06/10/14   Page 2 of 2 PageID #: 29