UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
STUART WOODS,                    )
                                 )
         Plaintiff               )
                                 )        No. 3:14-0328
v.                               )        Judge Nixon/Brown
                                 )        **Jury Demand**
PORTFOLIO RECOVERY ASSOCIATES,   )
LLC, and DOES 1-5,               )
                                 )
         Defendants              )
```

**O R D E R**

The Plaintiff has given notice that the parties have resolved this case. The parties are requested to submit appropriate papers to Judge Nixon dismissing this case with prejudice on or before **July 28, 2014**.

In view of this notice no further action needs to be taken by the Magistrate Judge and the **Clerk** is directed to terminate the referral and transfer the file to Judge Nixon for his consideration of the anticipated notice of dismissal.

It is so **ORDERED**.

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge