# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| STUART WOODS, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **Civil Action No. 3:14-cv-00328** |
| PORTFOLIO RECOVERY ASSOCIATES, | ) | |
| L.L.C.; | ) | |
| and DOE 1-5, | ) | |
| | ) | |
| **Defendants.** | ) | |

_____

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff

voluntarily dismisses the entire action with prejudice.

 Date: July 11, 2014

                        s/Robert Amador

                        _____
                        ROBERT AMADOR, ESQ.
                        Attorney for Plaintiff STUART WOODS
                        Centennial Law Offices
                        9452 Telephone Rd. 156
                        Ventura, CA. 93004
                        (888)308-1119 ext. 11
                        R.Amador@centenniallawoffices.com

1

## CERTIFICATE OF SERVICE

I certify that on this date, July 11, 2014, I mailed a copy of the foregoing NOTICE OF

DISMISSAL, First Class U.S. Mail, to the following party:

Portfolio Recovery Associates, L.L.C.
120 Corporate Boulevard
Norfolk, VA 23502

s/Robert Amador

_____
ROBERT AMADOR, ESQ.
Attorney for Plaintiff STUART WOODS
Centennial Law Offices
9452 Telephone Rd. 156
Ventura, CA. 93004
(888)308-1119 ext. 11
R.Amador@centenniallawoffices.com

2