IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| STUART WOODS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:14-cv-00328 |
| | ) | |
| v. | ) | Judge Nixon |
| | ) | Magistrate Judge Brown |
| PORTFOLIO RECOVERY ASSOCIATES, | ) | |
| LLC, and DOES 1-5, | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is a Notice of Voluntary Dismissal ("Notice") filed by Plaintiff Stuart Woods notifying the Court of his intent to voluntarily dismiss with prejudice all claims against Defendants in the above-captioned case. (Doc. No. 19.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is **DISMISSED with prejudice** and the Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 23rd day of July, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT